**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1045**

MARY WOOLFORD GIBBS,

Plaintiff - Appellant,

v.

DORCHESTER COUNTY BOARD OF EDUCATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge. (1:16-cv-00395-JMC)

Submitted: September 28, 2017                    Decided: October 2, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, Ashley A. Bosché, COCKEY, BRENNAN & MALONEY, PC, Salisbury, Maryland, for Appellant. Lisa Y. Settles, Adam E. Konstas, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Woolford Gibbs appeals the magistrate judge's[*] order granting summary judgment on her claim alleging that the Dorchester County Board of Education undercompensated her because of her race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Gibbs v. Dorchester Cty. Bd. of Educ.*, No. 1:16-cv-00395-JMC (D. Md. Jan. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636 (2012).